# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**WESTERN PENNSYLVANIA ELECTRICAL EMPLOYEES PENSION TRUST,**

    **Plaintiff,**

    v.                         Case No. 07C0582

**PLEXUS CORP., et al.,**

    **Defendants.**

## ORDER

On March 6, 2009, I issued an order dismissing the complaint in this case for failure to state a claim, but giving the lead plaintiff leave to file an amended complaint by March 30, 2009. To date, lead plaintiff has not filed an amended complaint, nor has it been in contact with the court indicating any desire to do so. As such, I conclude that lead plaintiff wishes to stand on the original complaint that was dismissed in the March 6 order, and I will order the Clerk of Court to enter judgment accordingly. See U.S. v. City of Milwaukee 144 F.3d 524, 530 (7th Cir. 1998) (citing Otis v. City of Chi., 29 F.3d 1159 (7th Cir. 1994) (holding that conditional order of dismissal becomes final after the time to satisfy the condition has expired)).

**SO ORDERED** at Milwaukee, Wisconsin this 23 day of July, 2009.

                                        /s
                                        LYNN ADELMAN
                                        District Judge